**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| RIA R SQUARED, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WYOMING CATHOLIC COLLEGE, <br> a Wyoming Nonprofit Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil No.  21-222 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT**

     I, Bradley T. Cave, on behalf of Defendant Wyoming Catholic College, is authorized and accepts service of the *Summons* and *Complaint* [DOC 1] in this action as if service had been personally been made upon Wyoming Catholic College as of this date and, in by doing so, Defendant Wyoming Catholic College waives any defects in or objections to process of service only of the *Summons* and *Complaint* [DOC 1].  In this regard, I understand that Defendant Wyoming Catholic College will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

     Defendant Wyoming Catholic College agrees to serve and file its Answer or other pleading responsive to the *Complaint* [DOC 1] within thirty (30) days from the date of this Acceptance of Service.

     **DATED** this 13th day of December, 2021.

**Defendant Wyoming Catholic College**

*/s/ Bradley T. Cave*
Bradley T. Cave WSB #5-2792
Holland & Hart, LLP
2515 Warren Ave., Suite 450
Cheyenne, WY 82001
bcave@hollandhart.com