IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WYOMING CATHOLIC COLLEGE, <br> a Wyoming Nonprofit Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil No.  21-222 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE OF BRADLEY T. CAVE

Bradley T. Cave, with Holland and Hart LLP, hereby enters his appearance as counsel for Defendant Wyoming Catholic College for all purposes in the above-entitled matter.

DATED this 13th day of December 2021.

> */s/ Bradley T. Cave*
> Bradley T. Cave WSB #5-2792
> HOLLAND & HART, LLP
> 2515 Warren Ave., Suite 450
> Cheyenne, WY 82001
> Telephone: 307.778.4210
> bcave@hollandhart.com
>
> ATTORNEY FOR DEFENDANT
> WYOMING CATHOLIC COLLEGE

17900902_v1