# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED

11:54 am, 2/28/22

**Margaret Botkins**
**Clerk of Court**

Ria R Squared Inc.

Plaintiff,

vs.    Case Number: 21-CV-00222-SWS

Wyoming Catholic College

Defendant.

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ This was a Telephonic Hearing     ☑ Initial Pretrial Conference (Civil)

Date: 02/28/2022    Time: 9:11 - 9:44 AM    (Telephonic)

| Kelly H. Rankin | Tina Ortiz | N/A | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Ryan Schwartz, Stuart Day, Pamela Frederick, Steven Popofsky

Attorney(s) for Defendant(s)    James Leon Holmes, Bradley Cave

Other:

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline: | 9/5/2022 |
| Defendant Expert Witness Designation Deadline: | 10/5/2022 |
| Discovery Due: | 12/1/2022 |
| Other Fact Witness Deadline: | 11/4/2022 |
| Stipulation Deadline: | 1/26/2023 |
| Dispositive Motions Deadline | 12/1/2022 |
| Dispositive Motions Hearing | 1/20/2023 at 1:00 PM |
| ☐ Including Daubert Challenges | |
| Dispositive Motions Response Deadline | 12/15/2022 |

WY 51    Rev. 02/08/2022

MINUTE SHEET STATUS CONFERENCE
21-CV-00222-SWS

| | |
|---|---|
| Reply Deadline | |
| Final Pretrial Conference Set: | 2/7/2023 at 1:00 PM |
| Jury Trial Set: | 2/27/2023 at 9:00 AM |
| Status Conference Set: | |

Other:

Motion in Limine: 1/26/2023
Reponses to Motion in Limine: 2/2/2023
Pretrial Memo: 1/27/2023