Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Joshua S. Bauchner, jb@ansellgrimm.com
Layne A. Feldman, laf@ansellgrimm.com
Ansell Grimm & Aaron, PC
365 Rifle Camp Road
Woodland Park, New Jersey 07424
(973) 247-9000
(973) 247-9199 (facsimile)

*Attorneys for Ria R Squared, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC., a Delaware Corporation, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 21-CV-222-S |
| WYOMING CATHOLIC COLLEGE, a Wyoming Nonprofit Corporation, | ) ) ) | |
| *Defendant*. | ) ) | |

___

## **STIPULATED MOTION TO DISMISS WITH PREJUDICE**
___

Plaintiff Ria R Squared and Defendant Wyoming Catholic College, by and through their respective counsel of record, hereby move the Court to dismiss the above captioned matter with prejudice with each party to bear their own attorney's fees and costs.

DATED this 28th day of November 2022.

                                               RIA R SQUARED, INC.,
                                               a Delaware corporation,

                                                         *Plaintiff*.

                                             By:    */s/ Stuart R. Day*
                                             Stuart R. Day, WSB# 5-2244

        WILLIAMS, PORTER, DAY & NEVILLE, P.C.
        PO Box 10700
        Casper, WY 82602
        (307) 265-0700
        (307) 266-2306 (facsimile)
        sday@wpdn.net

WYOMING CATHOLIC COLLEGE,
a Wyoming Nonprofit corporation,

        *Defendant.*

By:    /s/ Brad Cave
Brad Cave
HOLLAND & HART LLP
2515 Warren Ave., Suite 450
Cheyenne, WY  82001
(307) 214-9597
bcave@hollandhart.com