# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

RIA R SQUARED, INC.,　　　　　　　　　)
a Delaware Corporation,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　) 　Case No. 21-CV-222-S
　　　　　　　　　　　　　　　　　　　)
WYOMING CATHOLIC COLLEGE,　　　　　)
A Wyoming Nonprofit Corporation,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Upon consideration of the Stipulated Motion to Dismiss With Prejudice (ECF No. 32),

the Court hereby GRANTS the motion.

**IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed with

prejudice with each party to bear their respective attorney's fees and costs.

**DATED** this 29th day of November, 2022.

Hon. Scott W. Skavdahl
Chief United States District judge